UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN LEE CARTER,

       Petitioner,

v.

RANDEE REWERTS,

       Respondent.
_____/

Case No. 1:19-cv-308

Honorable Paul L. Maloney

**<u>ORDER</u>**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: March 16, 2020         /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge