UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN LEE CARTER,

        Petitioner,

Case No. 1:19-cv-308

v.

Honorable Paul L. Maloney

RANDEE REWERTS,

        Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated: March 16, 2020                    /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge